IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ADAM AILION, individually and on behalf of a class of all persons and entities similarly situated,

        Plaintiff,

vs.

UNITED ENROLLMENT SERVICES LLC

        Defendant.

Case No. 21-cv-509

## NOTICE OF DISMISSAL

The Plaintiff files this Notice of Dismissal pursuant to Fed. R. Civ. P. 41 (1)(1)(A)(i).

Dated: February 25, 2021

        PLAINTIFF,
        By:

        */s/ Anthony I. Paronich*
        Anthony I. Paronich (*pro hac vice*)
        Paronich Law, P.C.
        350 Lincoln Street, Suite 2400
        Hingham, MA 02043
        [o] (617) 485-0018
        [f] (508) 318-8100

anthony@paronichlaw.com

Steven H. Koval
Georgia Bar No. 428905
3575 Piedmont Road
Building 15, Suite 120
Atlanta, GA  30305
Telephone:  (404) 513-6651
Facsimile: (404) 549-4654
shkoval@aol.com

## **CERTIFICATE OF COMPLIANCE WITH L.R. 5.1.C & 7.1.D**

Pursuant to L.R. 7.1.D, I certify that this document has been prepared with 14-point, Times New Roman font, approved by the Court in L.R. 5.1.C.

*/s/ Anthony I. Paronich*